UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY SUNDERLAND JOHNSON, | No. 2:21-cv-2135-KJM-CKD (PS) |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| KATHLEEN SUE POWERS, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21). On February 11, 2022, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) On February 23, 2022, the court re-served those findings and recommendations to plaintiff. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed February 11, 2022 (ECF No. 3) are adopted in full;
2. Plaintiff's complaint (ECF No. 1) is dismissed without leave to amend; and
3. The Clerk of Court is directed to close this case.

DATED: March 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE